```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION AT LEXINGTON
```

CIVIL ACTION NO. 2020-470 - WOB

KEBRA M. JONES                                              PLAINTIFF

VS.                         <u>ORDER</u>

DR. PATRICK DOWNS, ET AL                                   DEFENDANTS

This matter is before the Court on the Report and Recommendation (Doc. 28) of the Magistrate Judge, and plaintiff having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court. 1) That Jones's Complaint (Doc. 1) be, and hereby is **dismissed without prejudice** for failure to prosecute and to comply with Orders of the Court. 2) That Defendants' Motion for Summary Judgment (Doc. 24) be, and hereby is **denied as moot.** 3) That this action be, and hereby is **stricken** from the Court's active docket.  A separate Judgment shall enter concurrently herewith.

This 25th day of March, 2022.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge